**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                Case No. _j3 - 0 8668_

VARGAS CARTAGENA, JOSE ENRIQUE                                        Chapter **13**
_____
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **10/18/2013**                                    ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                             Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **140.00** x **60** = $ _8,400.00_
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ _8,400.00_

Additional Payments:
$ _____ to be paid as a LUMP SUM
within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ _8,400.00_

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ _____ **3,000.00**

Signed: _/s/ JOSE ENRIQUE VARGAS CARTAGEN_
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **FIRST BANK PR**       Cr. _____       Cr. _____
# **4160000305638**       # _____       # _____
$ **4,280.00**       $ _____       $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____       Cr. _____       Cr. _____
# _____       # _____       # _____
$ _____       $ _____       $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____       Cr. _____       Cr. _____
# _____       # _____       # _____
$ _____       $ _____       $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other: _____
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**FIRST BANK PR**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____       Cr. _____       Cr. _____
# _____       # _____       # _____
$ _____       $ _____       $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)

Attorney for Debtor **LEON LANDRAU LAW OFFICES JOSE A. LEON LANDRAU**       Phone: **(787) 746-7979**

© 1993-2011 EZ-Filing, Inc (1-800-998-2424) - Forms Software Only

CHAPTER 13 PAYMENT PLAN